UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL C. McGUIRE,

      Plaintiff,           Case No. 06-10355

v.                          District Judge Paul D. Borman
                              Magistrate Judge R. Steven Whalen

M&J RECOVERY, d/b/a
M & J RECOVERY, LLC and
MJ Recovery, a Foreign LLC and
Corporation,

      Defendant.
_____/

ORDER

Plaintiff having requested a withdrawal of its Motion to Compel Discovery (filed 5/25/06 ) [Doc #9] by a Notice of Withdrawal filed June 9, 2006;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is DISMISSED.

                            S/R. Steven Whalen
                            R. STEVEN WHALEN
                            UNITED STATES MAGISTRATE JUDGE

Dated: July 13, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 13, 2006.

                            S/Gina Wilson
                            Judicial Assistant