IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

**MICHAEL C. MCGUIRE**

        **Plaintiff,**

-vs-                                                   Case No. 2:06-cv-10355
                                                        HON. Paul D. Borman

**M&J RECOVERY also doing business
as M & J RECOVERY, LLC and
MJ Recovery. a Foreign LLC and Corporation,**

        **Defendant.**

_____/

LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P 48617)
Attorney for Plaintiff
30700 Telegraph Rd., Suite 1580
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
lemonlaw@ameritech.net

_____/

## ORDER FOR DEFAULT JUDGMENT

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan

on  6/27/07

PRESENT: HON. PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE

Plaintiff having served the Defendant with Summons and Complaint, the Defendant having failed to plead or otherwise defend, and the clerk having entered default on November 30, 2006; further, the Court finding that Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692(a)(3), and that Defendant is a debt collector who used unfair or unconscionable means to collect a debt as prohibited by 15 U.S.C. § 1692 and further finding that such violation entitles statutory damages of $1,000.00 and attorney fees, all pursuant to 15 U.S.C. § 1692(k);

NOW, THEREFORE, It Is Ordered that Plaintiff be awarded $1,000.00 in damages and $4,000.00 in attorney fees, and have judgment against the Defendant in the total amount of $5,000.00.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 27, 2007.

s/Denise Goodine
Case Manager